IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED
AUG 21 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PHYLLIS DENISE CARTER,

    Plaintiff,

v.                              CIVIL NO. 4:13cv171

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

Pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002, Standing Order on Assignment of Certain Matters to United States Magistrate Judges, this Court referred this matter to Magistrate Judge Lawrence R. Leonard. On August 20, 2014, Phyllis Denise Carter ("Plaintiff") filed a Motion for Summary Judgment. ECF No. 15. On September 25, 2014, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Defendant"), filed a Motion for Summary Judgment. ECF No. 18. On July 15, 2015, Judge Leonard filed a Report and Recommendations ("R & R"), ECF No. 24, with respect to the parties' opposing motions, recommending that this Court deny Plaintiff's Motion for Summary Judgment, ECF No. 15, grant Defendant's Motion for Summary Judgment, ECF No. 18, affirm the decision of Defendant, and dismiss this matter with prejudice.

By copy of the R & R, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date the R & R was mailed. This Court has received no written objections or other response to the R & R from either party and the time for filing objections has expired.

1

When reviewing a Magistrate Judge's R & R, the Court must make a <u>de novo</u> determination of those portions of the R & R to which objections, if any, are made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court is authorized to accept, reject or modify, in whole or in part, the findings and recommendations made by the Magistrate Judge. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C).

In the absence of any objections to the R & R from either party, the findings of fact and conclusions of law contained therein are hereby **ADOPTED** in their entirety. ECF No. 24. Plaintiff's Motion for Summary Judgment, ECF No. 15, is **DENIED**, and Defendant's Motion for Summary Judgment, ECF No. 18, is **GRANTED**. Defendant's decision denying Plaintiff's claim for a period of disability and Disability Insurance Benefits and for Supplemental Social Security Income is hereby **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to enter judgment in favor of Defendant and to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

Robert G. Doumar
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

Newport News, VA
August 21, 2015

2